CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOMICA LAVERNE WHITE,<br>    Plaintiff, | Civil Action No. 7:06-cv-00662 |
| v. | **FINAL ORDER** |
| DANVILLE CITY JAIL (MEDICAL),<br>et. al.,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend (Dkt. No. 7) is hereby granted and the original complaint is supplemented as stated in the motion, but that the complaint as amended shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 9th day of January, 2007.

*/s/ James C. Turk*
Senior United States District Judge